PROB 12B
(7/93)

# United States District Court
## for the
# District of Alaska

**Request for Modification of Conditions or Term of Probation
with Consent of the Offender**
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Emmanuel Ebreo　　　　　　　　Case Number: J03-0010 CR (JKS)

Sentencing Judicial Officer:　James K. Singleton, Senior U.S. District Court Judge

Date of Original Sentence:　June 13, 2005

Original Offense:　Unlawful Use of an Access Device

Original Sentence:　9 months imprisonment, 3 years supervised release, $10,341.47 restitution

Date Supervision Commenced: October 30, 2005

**PETITIONING THE COURT**

[ ]　To extend the term of probation for ____ years, for a total term of ____ years.
[X]　To modify the conditions of probation as follows:

7.　You shall obtain advance approval from the supervising probation officer before accepting or beginning employment. The employment shall be subject to continuous review and verification by the supervising probation officer. You shall not work for cash, and your employer shall provide regular pay stubs with appropriate deductions for taxes.

8.　You shall not open, possess, use, or otherwise have access to any checking account, ATM card, or credit card, without the advance approval of the supervising probation officer.

9.　You shall disclose all assets and liabilities to the supervising probation officer. You shall not transfer, sell, give away, or otherwise convey or secret any asset, without the advance approval of the supervising probation officer.

10.　You shall not incur any new debt, open additional lines of credit, or enter into any financial contracts, without the advance approval of the supervising probation officer

11.　You shall be prohibited from all forms of gambling, including the purchase of lotto tickets.

12.　You shall not enter, frequent, or be otherwise involved with any legal or illegal gambling establishment or activity.

*Request for Modification of Conditions or Term*
*Name of Offender       :       Emmanuel Ebreo*
*Case Number            :       J03-0010 CR (JKS)*

## CAUSE

On June 13, 2005, the Court sentenced the defendant to nine months imprisonment and three years supervised release following his conviction for Unlawful Use of an Access Device. The defendant was released from custody on October 30, 2005, in the Western District of Washington. In order to more adequately supervise the offender, the Western District of Washington requested that the defendant sign a waiver and agree to six additional conditions of supervision as set forth above. The defendant agreed and attached is the aforementioned waiver. It is therefore respectfully requested that the Court order the modification of conditions as set forth above.

Respectfully submitted,

Eric D. Odegard
U.S. Probation/Pretrial Services Officer
Date: February 13, 2006

## THE COURT ORDERS:

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other:

James K. Singleton
Senior U.S. District Court Judge
Date: 2-22-06

-2-

PROB 49
(5/97)

# United States District Court

### District of ALASKA
### Docket Number: J03-0010-CR (JKS)

### Waiver of Hearing to Modify Conditions of Supervised Release

I, EMMANUEL BELMONTE EBREO, have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Supervised Release:

7. You shall obtain advance approval from the supervising probation officer before accepting or beginning employment. The employment shall be subject to continuous review and verification by the supervising probation officer. You shall not work for cash, and your employer shall provide regular pay stubs with appropriate deductions for taxes.

8. You shall not open, possess, use, or otherwise have access to any checking account, ATM card, or credit card, without the advance approval of the supervising probation officer.

9. You shall disclose all assets and liabilities to the supervising probation officer. You shall not transfer, sell, give away, or otherwise convey or secret any asset, without the advance approval of the supervising probation officer.

10. You shall not incur any new debt, open additional lines of credit, or enter into any financial contracts, without the advance approval of the supervising probation officer.

11. You shall be prohibited from all forms of gambling, *including the purchase of lotto tickets* (EBE)

12. You shall not enter, frequent, or be otherwise involved with any legal or illegal gambling establishment or activity.

Witness: _____  Signed: _____
U.S. Probation Officer                              Supervised Releasee

01/31/06
Date